

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00538-CV

William Alec **TISDALL,** M.D. and William A. Tisdall, M.D., P.A. d/b/a Spine & Joint Pain
Specialists,
Appellants

v.

Thomas **VAREBROOK** and Rebecca Varebrook,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06007
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was due September 9, 2019, but it was not filed. Court reporters
Amy Hinds and Geneva Garcia have filed notifications of late record stating the record was not
filed because appellants have not paid or made arrangements to pay the reporters' fees to prepare
the record and are not entitled to the record without paying the fees. See Tex. R. App. P. 34.6(b),
35.3(b).

We order appellants to provide written proof to this court by **September 24, 2019** that
either (1) the reporters' fees have been paid or arrangements satisfactory to the reporters have
been made to pay the fees or (2) appellants are entitled to the record without prepayment of the
reporters' fees. *See* Tex. R. App. P. 20.1, 35.3(b). If appellants fail to file such proof within the
time provided, the court may only consider those issues or points raised in appellants' brief that
do not require the reporter's record for a decision. See Tex. R. App. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court